UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GIANNA ORTIZ, | : |
| Petitioner, | : |
| | : PRISONER |
| V. | : Case No. 3:05-CV-1357 (RNC) |
| WILLIAM WILLINGHAM and KATHLEEN HAWK-SAWYER, | : |
| Respondents. | : |

ORDER OF DISMISSAL

On October 13, 2005, the court ordered petitioner to effect service of her petition and the court's order to show cause on respondents' representative on or before October 26, 2005 and to file proof that she complied with the order. Although she was ordered to file proof of service on or before November 2, 2005, she did not do so. On May 26, 2006, the court ordered petitioner to submit proof of service and cautioned her the case would be dismissed if she failed to comply. Petitioner has not complied with that order.

Accordingly, the petition is **DISMISSED** without prejudice for failure to comply with the court's orders. The petitioner may file a motion to reopen this action, on or before May 21, 2007. Such motion may only be granted if petitioner demonstrates good cause for failing to effect service of her petition. The Clerk is directed to enter judgment and close this case.

**SO ORDERED** this 24th day of April 2007 at Hartford, Connecticut.

/s/
Robert N. Chatigny
United States District Judge